```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

SALEM FUAD ALJABRI #18918424,  )
                               )
            Plaintiff,         )
                               )
    v.                         )    No.  10 C 5706
                               )
TIMOTHY D. ELLIOTT, et al.,    )
                               )
            Defendants.        )

## MEMORANDUM OPINION AND ORDER

In response to this Court's September 13, 2010 memorandum opinion and order, plaintiff Salem Fuad Aljabri ("Aljabri") has caused the Texas-located Big Spring Correctional Center ("Big Spring," where he is currently incarcerated) to submit a photocopy of transactions in his trust fund account there to enable this Court to make the calculation called for by 28 U.S.C. §1915 ("Section 1915").  That document is puzzling in one respect noted by this Court:  Although Aljabri's Application To Proceed Without Prepayment of Fees ("Application") refers to his in-prison earnings as amounting to $40 monthly, the trust fund account printout for the entire relevant period from March through August 2010 lists nothing at all in the way of deposits from such earnings.  Instead only a single deposit is reflected during the entire six-month period, one of $200 on August 2.

That denotes a monthly average of $33.33 (see Section 1915(b)(1)), 20% of which is $6.67.  Accordingly the Application is granted to the extent that Aljabri need not pay the full $350

filing fee in advance, although he must pay the entire fee in future installments.

Aljabri is therefore assessed an initial partial payment of $6.67, and the Big Spring trust fund officer is ordered to collect that amount from Aljabri's trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention:  Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Aljabri's name and the 10 C 5706 case number assigned to this action.  To implement these requirements, the Clerk shall send a copy of this memorandum order to the Big Spring trust fund officer.

After such initial payment, the trust fund officer at Big Spring (or at any other correctional facility where Aljabri may hereafter be confined) is authorized to collect monthly payments from Aljabri's trust fund account in an amount equal to 20% of the preceding month's income credited to the account.  Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10

until the full $350 filing fee is paid.

```
                        _____
                        Milton I. Shadur
                        Senior United States District Judge
```

Date: September 24, 2010